## CITY OF HENDERSON v. EDWARDS

No. 362P85.

Case below: 75 N.C. App. 199.

Petition by defendants Edwards for discretionary review under G.S. 7A-31 denied 13 August 1985. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 13 August 1985.

## COOPER v. COOPER

No. 366P85.

Case below: 74 N.C. App. 785.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

## DAWSON v. CHRISCOE

No. 295P85.

Case below: 74 N.C. App. 411.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

## FORSYTH CO. v. SHELTON

No. 365P85.

Case below: 74 N.C. App. 674.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 August 1985. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 13 August 1985.

## FORSYTH CO. BD. OF SOCIAL SERV. v. DIV. OF SOCIAL SERV.

No. 194PA85.

Case below: 73 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 August 1985.